UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EVANTIGROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:11-CV-1328 (CEJ) |
| | ) | |
| MANGIA MOBILE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the defendant shall appear before the Court on **Thursday, October 6, 2011, at 1:30 p.m.**, to show cause why it should not be held in contempt for violation of the preliminary injunction entered in this case.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of September, 2011.